UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BRANDS WITHIN REACH, LLC,
          Plaintiff,

v.

BELVOIR FRUIT FARMS LTD.,
          Defendant.
------------------------------------------------------------x

**ORDER**

19 CV 4947 (VB)

5/27/21

    The Court conducted a case management conference today, at which counsel for all parties appeared by telephone. Accordingly, it is HEREBY ORDERED:

    1. By June 3, 2021, the parties shall advise the Court whether they all consent to transfer the case to the Magistrate Judge for all purposes. If both parties consent, they shall attach to their letter a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, the blank form for which is attached to this order (and also available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf). If both parties do not consent, they need not disclose the identify of the party who does not consent.

    2. A pre-motion conference in this case is scheduled for July 28, 2021, at 10:00 a.m. Counsel shall attend this conference by calling the following number and entering the access code when requested:

        **Dial-In Number:**    **(888) 363-4749 (toll free) or (215) 446-3662**
        **Access Code:**       **1703567**

    2. By June 17, 2021, in accordance with Paragraph 2.B.ii of the Court's Individual Practices, plaintiff shall file a letter setting forth the basis for its anticipated motion for summary judgment.

3. By July 1, 2021, in accordance with Paragraph 2.B.ii of the Court's Individual Practices, defendant shall file a letter setting forth the basis for its anticipated motion for summary judgment.

Dated: May 27, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

# UNITED STATES DISTRICT COURT
for the

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant* | ) | |

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____          _____
                                                                       *District Judge's signature*

                                                             _____
                                                                       *Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.